# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1008**  **September Term, 2015**

FERC-ER05-1056-007
FERC-ER05-1056-008
FERC-ER05-1056-005
FERC-ER05-1056-006

**Filed On: October 30, 2015** [1581154]

TNA Merchant Projects, Inc.,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Bonneville Power Administration,
        Intervenor

------------------------------

Consolidated with 15-1320

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Federal Energy Regulatory Commission is directed to file status reports at 60-day intervals beginning December 29, 2015.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Laura M. Chipley
                Deputy Clerk